STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2388   AND FILED ON   3/7/2008

| KYLE GULITZ | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| ERIC DIBARTOLO, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                     )
                                       ) SS
COUNTY OF WESTCHESTER                  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On  3/13/2008  at  12:56PM , deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: ERIC DIBARTOLO, SUPERINTENDENT OF HIGHWAYS                (herein called recipient)
At Location: 281 UNDERHILL AVENUE                                         therein named.

YORKTOWN HEIGHTS NY 10598

By delivering to and leaving with  ANN ANDERSON, SECRETARY  a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On  3/13/08 , deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLOND |
|---|---|---|---|---|---|
| Age | 45 | Height | 5'8"-5'10" | Weight | 150 |
| Other Features | | | | GLASSES | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the  3/13/2008

_____          _____
                                    Gary Williams
                                    Server's License#:

2010

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2388    AND FILED ON    3/7/2008

KYLE GULITZ

Vs.

ERIC DIBARTOLO, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK        )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/18/2008 at 3:36PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: LINDA MCMAHON    (herein called recipient) therein named.
At Location: TOWN OF OSSINING
             16 CROTON AVENUE
             OSSINING NY 10562

By delivering to and leaving with LINDA COOPER, CO-WORKER a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 3/19/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid property addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | | BLACK |
|---|---|---|---|---|---|---|
| Age | 40/45 | Height | 5'4" | Weight | 120 | |
| Other Features | | | | SEATED, GLASSES | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 3/19/2008

GAIL _____
Notary Pu___

Gary Williams
Server's License#:

| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
|---|---|
| DOCUMENTS SERVED WITH INDEX#: 08CIV.2388 | AND FILED ON    3/7/2008 |

KYLE GULITZ — Plaintiff(s)/Petitioner(s)

Vs.

ERIC DIBARTOLO, ET AL — Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
COUNTY OF WESTCHESTER ) SS

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/13/2008 at 12:56PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: DONALD CURRY (herein called recipient) therein named.
At Location: TOWN OF YORKTOWN HIGHWAY DEPARTMENT
281 UNDERHILL AVENUE
YORKTOWN HEIGHTS NY 10598

By delivering to and leaving with ANN ANDERSON, SECRETARY a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 3/13/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid property addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLOND |
|---|---|---|---|---|---|
| Age | 45 | Height | 5'8"-5'10" | Weight | 150 |
| Other Features | | | | GLASSES | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/13/2008

_Gary Williams_
Gary Williams

Server's License#:

20,0

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.2388   AND FILED ON   3/7/2008

| | |
|---|---|
| KYLE GULITZ | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| ERIC DIBARTOLO, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __3/13/2008__ at __12:56PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: JEFFREY BISCHOFF     (herein called recipient) therein named.
At Location: TOWN OF YORKTOWN HIGHWAY DEPARTMENT
281 UNDERHILL AVENUE
YORKTOWN HEIGHTS NY 10598

By delivering to and leaving with __ANN ANDERSON, SECRETARY__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On __3/13/08__, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLOND |
|---|---|---|---|---|---|
| Age | 45 | Height | 5'8"-5'10" | Weight | 150 |
| Other Features | | | | GLASSES | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not.

Sworn to before me on the __3/13/2008__

_____          _____
                                          Gary Williams
                                          Server's License#:

2010

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2388     AND FILED ON     3/7/2008

KYLE GULITZ

Vs.

ERIC DIBARTOLO, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK     )
    ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/13/2008 at 12:56PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: PAUL HOLOPETER (herein called recipient) therein named.
At Location: TOWN OF YORKTOWN HIGHWAY DEPARTMENT
281 UNDERHILL AVENUE
YORKTOWN HEIGHTS NY 10598

By delivering to and leaving with ANN ANDERSON, SECRETARY a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 3/13/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM     Color of Skin WH     Color of Hair BLOND
Age 45     Height 5'8"-5'10"     Weight 150
Other Features     GLASSES

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/13/2008

Gary Williams

Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2388    AND FILED ON    3/7/2008

KYLE GULITZ                                                     Plaintiff(s)/Petitioner(s)

Vs.

ERIC DIBARTOLO, ET AL                                           Defendant(s)/Respondent(s)

STATE OF: NEW YORK        )
                          ) ss
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/18/2008 at 3:36PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served (herein called recipient): LINDA COOPER therein named.
At Location: TOWN OF OSSINING
             16 CROTON AVENUE
             OSSINING NY 10562

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  **FM**    Color of Skin  **WH**    Color of Hair    **BLACK**
Age  **40/45**  Height  **5'4"**    Weight    **120**
            Other Features                **SEATED, GLASSES**

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on 3/19/2008

_____
Gail Williams
Notary Public, New York

Gary Williams
Server's License#:

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.2388          AND FILED ON          3/7/2008

KYLE GULITZ

Vs.          Plaintiff(s)/Petitioner(s)

ERIC DIBARTOLO, ET AL          Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                                                  ) SS
COUNTY OF WESTCHESTER          )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/13/2008 at 1:12PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

Party Served: TOWN OF YORKTOWN          (herein called recipient) therein named.

At Location: 363 UNDRHILL AVENUE

YORKTOWN HEIGHTS NY 10598

By delivering to and leaving with DIANA QUAST and that deponent knew the person so served to be the DEPUTY TOWN CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM          Color of Skin: WH          Color of Hair: BROWN
Age: 45          Height: 5'2"
Weight: 140          Other Features:

Sworn to before me on 3/13/2008

Gary Williams
Server's License#:

2010