| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
|---|---|
| DOCUMENTS SERVED WITH INDEX#: 08CIV.2388 | AND FILED ON 3/7/2008 |

KYLE GULITZ

Vs.

ERIC DIBARTOLO, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK       )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __3/13/2008__ at __12:56PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: ERIC DIBARTOLO, SUPERINTENDENT OF HIGHWAYS       (herein called recipient) therein named.
At Location: 281 UNDERHILL AVENUE

YORKTOWN HEIGHTS NY 10598

By delivering to and leaving with __ANN ANDERSON, SECRETARY__ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On __3/13/08__, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLOND |
|---|---|---|---|---|---|
| Age | 45 | Height | 5'8"-5'10" | Weight | 150 |
| Other Features | | | | GLASSES | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __3/13/2008__

_____          _____
                                    Gary Williams
                                    Server's License#:

2010

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2388   AND FILED ON   3/7/2008

KYLE GULITZ

Vs.

ERIC DIBARTOLO, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK   )
                     ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/18/2008 at 3:36PM, deponent did serve the within process as follows:

Process Served:   SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:     LINDA MCMAHON   (herein called recipient) therein named.
At Location:      TOWN OF OSSINING
                  16 CROTON AVENUE
                  OSSINING NY 10562

By delivering to and leaving with LINDA COOPER, CO-WORKER a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 3/19/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid property addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | | BLACK |
| Age | 40/45 | Height | 5'4" | Weight | | 120 |
| Other Features | | | | SEATED, GLASSES | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 3/19/2008

GAIL W...
Notary P...

Gary Williams
Server's License#:

| STATE OF NEW YORK | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT |
|---|---|
| DOCUMENTS SERVED WITH INDEX#: 08CIV.2388 | AND FILED ON    3/7/2008 |

KYLE GULITZ                                                                  Plaintiff(s)/Petitioner(s)

Vs.

ERIC DIBARTOLO, ET AL                                           Defendant(s)/Respondent(s)

STATE OF: NEW YORK        )
                                              ) SS
COUNTY OF WESTCHESTER  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/13/2008 at 12:56PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: DONALD CURRY                                                   (herein called recipient) therein named.
At Location: TOWN OF YORKTOWN HIGHWAY DEPARTMENT
281 UNDERHILL AVENUE
YORKTOWN HEIGHTS NY 10598

By delivering to and leaving with ANN ANDERSON, SECRETARY a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 3/13/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid property addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLOND |
|---|---|---|---|---|---|
| Age | 45 | Height | 5'8"-5'10" | Weight | 150 |
| Other Features | | | | GLASSES | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/13/2008

_Gary Williams_

Server's License#:

20,0

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2388   AND FILED ON   3/7/2008

| KYLE GULITZ | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| ERIC DIBARTOLO, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK         )
                            ) SS
COUNTY OF WESTCHESTER      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __3/13/2008__ at __12:56PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: JEFFREY BISCHOFF                                 (herein called recipient) therein named.
At Location: TOWN OF YORKTOWN HIGHWAY DEPARTMENT
             281 UNDERHILL AVENUE
             YORKTOWN HEIGHTS NY 10598

By delivering to and leaving with __ANN ANDERSON, SECRETARY__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On __3/13/08__, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLOND |
|---|---|---|---|---|---|
| Age | 45 | Height | 5'8"-5'10" | Weight | 150 |
| Other Features | | | | GLASSES | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not.

Sworn to before me on the __3/13/2008__

_____            _____
                                    Gary Williams
                                    Server's License#:

2010

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.2388    AND FILED ON    3/7/2008

KYLE GULITZ

Vs.

ERIC DIBARTOLO, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                       ) SS
COUNTY OF WESTCHESTER  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/13/2008 at 12:56PM, deponent did serve the within process as follows:

Process Served:   SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:     PAUL HOLOPETER                                              (herein called recipient)
At Location:      TOWN OF YORKTOWN HIGHWAY DEPARTMENT                         therein named.
                  281 UNDERHILL AVENUE
                  YORKTOWN HEIGHTS NY 10598

By delivering to and leaving with ANN ANDERSON, SECRETARY a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 3/13/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _FM_  Color of Skin _WH_  Color of Hair _BLOND_
Age _45_  Height _5'8"-5'10"_  Weight _150_
Other Features _____  GLASSES

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/13/2008

_____    _____
                              Gary Williams
                              Server's License#:

2010

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2388        AND FILED ON        3/7/2008

| KYLE GULITZ | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| ERIC DIBARTOLO, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK          )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __3/18/2008__ at __3:36PM__, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES          (herein called
(recipient)    LINDA COOPER

At Location:  TOWN OF OSSINING                                                         therein named.
              16 CROTON AVENUE
              OSSINING NY 10562

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  __FM__   Color of Skin  __WH__   Color of Hair           __BLACK__

Age  __40/45__   Height  __5'4"__   Weight   __120__

            Other Features                 __SEATED, GLASSES__

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed   SHE was not.

Sworn to before me on           3/19/2008
X ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯                                ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                                          Gary Williams
  GAIL WILLIAMS
  Notary P...  ...w York                                  Server's License#:

  Qual...
  C...                  ...2010

STATE OF NEW YORK           UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.2388        AND FILED ON        3/7/2008

KYLE GULITZ

Vs.                                                                                    Plaintiff(s)/Petitioner(s)

ERIC DIBARTOLO, ET AL                                                    Defendant(s)/Respondent(s)

STATE OF: NEW YORK               )
                                                    ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/13/2008 at 1:12PM, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
TOWN OF YORKTOWN                                      (herein called recipient) therein named.
At Location: 363 UNDRHILL AVENUE
YORKTOWN HEIGHTS NY 10598

By delivering to and leaving with DIANA QUAST and that deponent knew the person

so served to be the DEPUTY TOWN CLERK

of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM          Color of Skin WH       Color of Hair BROWN
Age 45          Height 5'2"
Weight 140      Other Features

Sworn to before me on 3/13/2008

_____                               _____
                                                                                    Gary Williams
                                                                                    Server's License#:

2010