J08 11:29AM    LOVETT & GOULD    NO. 423    P. 2 002

*Brieant, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

KYLE GULITZ,

                        Plaintiff,

            v.

ERIC DiBARTOLO, individually, LINDA
McMAHON, individually, DONALD CURRY,
individually, JEFFREY BISCHOFF,
individually, PAUL HOLOPETER, individually,
LINDA COOPER, individually, and the TOWN OF
YORKTOWN, New York,

                        Defendants.
-----------------------------------------------------X

**STIPULATION AND ORDER
EXTENDING DEFENDANTS'
TIME TO ANSWER**

**Index No. 08 Civ. 2388 (CLB)**

It is hereby stipulated between the attorneys for the Plaintiff and the attorneys for the

Defendant Town of Yorktown, that the time for the Defendants to serve their answer or

otherwise respond to the complaint in the above-captioned matter is extended up until May 5,

2008.

Dated: March 31, 2008

Jonathan Lovett (4854)
LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

Mark N. Reinharz (6201)
BOND, SCHOENECK & KING, PLLC
Attorneys for Defendant
Town of Yorktown
1399 Franklin Avenue, Suite 200
Garden City, New York 11530
(516) 267-6320

SO ORDERED:

_____
U·S·D·J·

DATED: April 1, 2008

59787.1 3/31/2008