# AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF WESTCHESTER      )

      PAULA CHABLAL, being duly sworn, deposes and says: I am not a party to this action; I am over 18 years of age and I reside in Westchester, New York.

      On **Wednesday, April 30, 2008**, I served the within **ANSWER** upon:

Lovett & Gould, LLP
222 Bloomingdale Road
White Plains, New York 10605
*Attorneys for plaintiff*

Bond Schoeneck & King, PLLC
1399 Franklin Avenue - Ste. 200
Garden City, New York 11530
*Attorneys for defendant Town of Yorktown*

by depositing a true copy of the same enclosed in a first-class, postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                  _____
                                                  Paula Chablal

Sworn to before me this
30TH day of April, 2008

_____
Notary Public

GREGORY J. SPAUN
NOTARY PUBLIC, State of New York
No. 02SP6054146
Qualified in Westchester County
Commission Expires 1/29/2011