# AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF WESTCHESTER        )

     PAULA CHABLAL, being duly sworn, deposes and says: I am not a party to this action; I am over 18 years of age and I reside in Westchester, New York.

     On **Wednesday, April 30, 2008**, I served the within **ANSWER** upon:

Lovett & Gould, LLP
222 Bloomingdale Road
White Plains, New York 10605
*Attorneys for plaintiff*

Bond Schoeneck & King, PLLC
1399 Franklin Avenue - Ste. 200
Garden City, New York 11530
*Attorneys for defendant Town of Yorktown*

by depositing a true copy of the same enclosed in a first-class, postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                   Paula Chablal

Sworn to before me this
30TH day of April, 2008

_____
Notary Public

GREGORY J. SPAUN
NOTARY PUBLIC, State of New York
No. 02SP6054146
Qualified in Westchester County
Commission Expires 1/29/2011