UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYLE GULITZ,

                Plaintiff,

-against-

ERIC DiBARTOLO, individually, LINDA McMAHON, individually, DONALD CURRY, individually, JEFFREY BISCHOFF, individually, PAUL HOLOPETER, individually, LINDA COOPER, individually, and the TOWN OF YORKTOWN, New York

                Defendant.

Civil Action No. 08-2388 (CLB)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the Appearance of Jessica C. Satriano, an associate of BOND, SCHOENECK & KING, PLLC, as additional counsel for Defendants, Town of Yorktown, New York, Eric DiBartolo, Linda Cooper, Linda McMahon and Paul Holopeter.

I certify that the undersigned, Jessica C. Satriano, is admitted to practice in this Court.

Dated: August 15, 2008

                BOND, SCHOENECK & KING, PLLC

                By:_____s/_____
                Jessica C. Satriano (JS-0981)
                *Attorneys for the Defendants*
                *Town of Yorktown, Eric DiBartolo, Linda*
                *Cooper, Linda McMahon, Paul Holopeter*
                1399 Franklin Avenue, Suite 200
                Garden City, New York 11590

jsatriano@bsk.com
(516) 267-6332

To: Law Offices of Lovett & Gould
*Attorneys for Plaintiff Kyle Gulitz*
Jonathan Lovett
222 Bloomingdale Road, Suite 305
White Plains, NY 10605
(914) 428-8401

Law Offices of Oxman Tulis Kirkpatrick Whyatt
& Geiger, LLP
*Attorneys for Defendant Oxman Tulis Kirkpatrick Whyatt
& Geiger, LLP*
Stuart Kahan
120 Bloomingdale Road
White Plains, NY 10605
(914) 422-3900